**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Donna Gray, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:19-cv-11511-FDS |
| | : |
| National Grid USA Service Company, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 25, 2020

                                                               Respectfully submitted,

                                                               PLAINTIFF, Donna Gray

                                                               /s/ Sergei Lemberg

                                                               Sergei Lemberg, Esq.
                                                               B.B.O. No.: 650671
                                                               **LEMBERG LAW, L.L.C.**
                                                               43 Danbury Road, 3rd Floor
                                                               Wilton, CT 06897
                                                               Telephone: (203) 653-2250
                                                               Facsimile: (203) 653-3424
                                                               slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 25, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

         By /s/ Sergei Lemberg

           Sergei Lemberg