**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Donna Gray,<br><br>                Plaintiff,<br>v.<br><br>National Grid USA Service Company, Inc.;<br>and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.:  1:19-cv-11511-FDS |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety with prejudice and without interest, costs, or an award of attorneys' fees to any party, and the parties waiving all rights of appeal.

| Donna Gray | National Grid USA Service Company, Inc. |
|---|---|
|    /s/ Sergei Lemberg |   /s/ Andrew C. Bartholomew |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>(203) 653-2250<br>Attorney for Plaintiff | Andrew C. Bartholomew, Esq. (BBO# 696573)<br>Louis M. Ciavarra, Esq. (BBO# 546481)<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>Telephone: (508) 926-3408<br>abartholomew@bowditch.com<br>lciavarra@bowditch.com<br>Attorneys for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg